# In the United States Court of Federal Claims

No. 21-2147C
(Filed: January 2, 2024)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CAREY ALBERT, *et al.*, | \* |
| | \* |
| Plaintiffs, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court is in receipt of Plaintiffs' voluntary motion for dismissal pursuant to Rule 41(a). Defendant does not oppose Plaintiffs' motion. *See* Motion and Response (ECF 29, ECF 32). The Court **GRANTS** the motion and, accordingly, the case is dismissed without prejudice with each party to bear its own costs. The Clerk is directed to enter judgment.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge